## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY STEPHENS, | : | No. 68 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 269 MD |
| | : | 2017 dated October 3, 2017 |
| v. | : | |
| | : | |
| | : | |
| THE PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, AND STATE | : | |
| CORRECTIONAL INSTITUTION AT | : | |
| DALLAS, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED: June 1, 2018**

   **AND NOW,** this 1st day of June, 2018, the order of the Commonwealth Court is

AFFIRMED.